UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael A. Danello

      v.                Civil No. 11-cv-212-LM

Concord General Mutual Insurance Company et al.

O R D E R

Motion granted. Pursuant to LR 83.6, the plaintiff shall assure an appearance is filed on behalf of the estate on or before August 18, 2011. Without prejudging the issue, the plaintiff should note that an administrator of an estate may not proceed pro se in federal court when the estate has other beneficiaries or creditors. See Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997); accord Malone v. Nielson, 474 F.3d 932, 937 (7th Cir. 2007); Jones v. Corr. Med. Servs., Inc., 401 F.3d 950, 952 (8th Cir. 2005); Sheperd v. Wellman, 313 F.3d 962, 970 (6th Cir. 2002). So ordered.

SO ORDERED.

July 27, 2011                                  /s/ Daniel J. Lynch
                                                      Daniel J. Lynch
                                                      United States Magistrate Judge

cc:     Bertrand A. Zalinsky, Esq.
         Gordon A. Rehnborg , Jr., Esq.